

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF<br>v. SERCAN OYUNTUC | **19MJ 02032** |
| USMS# _____ DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest:  _5/14/19_          _12:17_  ☐ AM  ☑ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☑ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):    ☑ Yes    ☐ No

4.  Charges under which defendant has been booked:

    _18 USC 1371, 1343, 1344, 1349 - conspiracy to commit Mail, wire, bank fraud_

5.  Offense charged is a:    ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6.  Interpreter Required:    ☐ No    ☑ Yes    Language:  _Turkish_

7.  Year of Birth:  _1982_

8.  Defendant has retained counsel:    ☑ No
    ☐ Yes    Name: _____          Phone Number: _____

9.  Name of Pretrial Services Officer notified:  _Ninneta Smith_

10. Remarks (if any):  _____

11. Name:  _JUSTIN LINK_          (please print)

12. Office Phone Number:  _732-819-4269_          13. Agency:  _DoD - DCIS_

14. Signature:  _____          15. Date:  _5/15/19_

CR-64 (05/18)          **REPORT COMMENCING CRIMINAL ACTION**